# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 6:20-CR-001 |
| MONICA MITCHELL | ) |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for the date of May 1, 2020. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 4th day of March, 2020.

*Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia
Savannah Division