UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 6:20-CR-101 |
| MONICA MITCHELL ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for the dates of June 4th and 5th, 2020. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 27th day of May, 2020.

*Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia
Savannah Division