# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 6:20-CR-01-04 |
| MONICA MITCHELL ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel=s Motion for Leave of Absence for the dates of February, 28th, March 8th, March 18th, April 8th, April 11th thru 15th, and April 18th thru 20th, 2022. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 4th day of February, 2022.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia
Savannah Division